UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 25-6593-AH(RAOx) | Date | October 30, 2025 |
|---|---|---|---|
| Title | MICHAEL RHAMBO v. ALYSSA SAINZ, ET AL., | | JS-6 |

Present: The Honorable  ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [14], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.


cc: all parties

---

CV-90 (12/02)   CIVIL MINUTES - GENERAL   00 :   
Initials of Deputy Clerk YS